**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

IN RE: BRIAN A. PORI                                   No. 1:26-mc-00021-KG

**<u>ORDER OF SUSPENSION</u>**

The Supreme Court of the State of New Mexico granted a stipulated joint petition for summary suspension, which was filed by Chief Disciplinary Counsel and Brian A. Pori through his counsel Marc Lowry and Nicholas Hart, and ordered that "Brian A. Pori is hereby SUSPENDED from the practice of law, effective immediately, pending proceedings before the Disciplinary Board." Order, *In the Matter of Brian A Pori, Esq*, No. S-1-SC-41336, filed June 5, 2026.

The Court notified Mr. Pori that the Local Rules of Civil Procedure for the District of New Mexico do not allow an attorney who has been suspended from the practice of law to practice before this Court and ordered Mr. Pori to show why the Court should not suspend him in accordance with D.N.M.LR-Civ. 83.2(c) due to his suspension by the Supreme Court of the State of New Mexico. *See* Order to Show Cause, Doc. 1, filed June 8, 2026.

Mr. Pori responded stating that:

> While Mr. Pori has reviewed the standards for relief from being prohibited to practice law in federal court, *see* D.N.M.LR-Civ. 83.2(d), at this time he will allow his federal bar suspension to go into effect. Rather than contest his suspension now, Mr. Pori will file for reinstatement to the federal bar at the appropriate time. *See* D.N.M.LR-Civ. 83.2(d)(2). Given this decision, Mr. Pori is not requesting a Panel of Judges to review the State of New Mexico's disciplinary proceedings.

Response at 1, Doc. 2, filed June 22, 2026.

**IT IS ORDERED** that:

(i)     Brian A. Pori is **SUSPENDED** from practice before the United States District Court for the District of New Mexico, effective from the date of this Order. Should Mr. Pori wish to be reinstated to practice in this Court, he will have to apply for reinstatement to the Federal Bar of the District of New Mexico.

(ii)    The Judges presiding over pending cases in which Mr. Pori appears as counsel may allow him to continue to appear for whatever time they deem appropriate so as not to prejudice his clients.

**IT IS SO ORDERED.**

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2